IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TITO L. LONG,

    Plaintiff,

  v.

Case No. 18-cv-927-bbc

BRIDGET RINK, LYNN DOBBERT,
NICOLE KRAHENBUHL, KENNETH
HOFFMAN AND MICHAEL WILSON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/25/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |